# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0720.   GRAHAM v. RENAISSANCE LOFT CONDOMINIUM ASSOCIATION, INC., et al.**

Appellee's motion to dismiss is GRANTED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  01/25/2016
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                                    *Stephen E. Castlen*                        , *Clerk.*